**BOURDEAU BROS, INC., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
Appellee,

and

**Deere & Company, Intervenor.**

No. 2012–1262.

United States Court of Appeals, Federal Circuit.

Feb. 20, 2013.

David P. Miranda, Heslin Rothenberg Farley & Mesiti P.C., of Albany, New York, argued for appellant. With him on the brief were Nicholas Mesiti and Brett M. Hutton.

Michael K. Haldenstein, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were Dominic L. Bianchi, Acting General Counsel, and Wayne W. Herrington, Assistant General Counsel.

Bassam N. Ibrahim, Buchanan Ingersoll & Rooney, PC, argued for intervenor. With him on the brief were S. Lloyd Smith and Bryce J. Maynard.

NEWMAN, LOURIE, Circuit Judges and DAVIS,\* Chief District Judge.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.